No. 12–682.  SCHUETTE, ATTORNEY GENERAL OF MICHIGAN v. COALITION TO DEFEND AFFIRMATIVE ACTION, INTEGRATION AND IMMIGRANT RIGHTS AND FIGHT FOR EQUALITY BY ANY MEANS NECESSARY (BAMN) ET AL.  C. A. 6th Cir.  Motion of David Boyle for leave to file brief as *amicus curiae* granted.  Certiorari granted.  JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.

No. 12–335.  SANCHEZ, ON BEHALF OF MINOR CHILD D. R.-S., ET AL. v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 12–466.  SMALLEY v. NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES.  Sup. Ct. Neb.  Certiorari denied.

No. 12–552.  NINESTAR TECHNOLOGY CO., LTD., ET AL. v. INTERNATIONAL TRADE COMMISSION ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 12–565.  McCORMICK, PERSONAL REPRESENTATIVE OF THE ESTATE OF PERRY v. IDAHO DEPARTMENT OF HEALTH AND WELFARE.  Sup. Ct. Idaho.  Certiorari denied.

No. 12–641.  HOUSE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 12–665.  SANTA MARIA v. ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 12–749.  FREDERICK v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 12–763.  ASGEIRSSON ET AL. v. ABBOTT, ATTORNEY GENERAL OF TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 12–879.  HEDGES v. RUBIN ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.